UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WAYNE BURSEY, TRUSTEE OF THE CHARTER OAK TRUST WELFARE BENEFIT PLAN,<br><br>           Plaintiff,<br><br>VS.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>           Defendant | CIVIL ACTION NO.<br>3:09-CV-00735(AWT)<br><br><br><br><br><br><br><br>DECEMBER 2, 2009 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiff, Wayne Bursey, Trustee of the Charter Oak Trust Welfare Benefit Plan, and the defendant, The Lincoln National Life Insurance Company, hereby stipulate that the plaintiff's complaint shall be, and hereby is, dismissed with prejudice, each party to bear its own costs and attorneys' fees.

PLAINTIFF
WAYNE BURSEY, TRUSTEE OF THE
CHARTER OAK TRUST WELFARE
BENEFIT PLAN

By:_____/s/_____
Daniel P. Scapellati
scapellati@halloran-sage.com
Federal Bar No.: ct03855
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

By:_____/s/_____
James S. Bainbridge, *Pro Hac Vice*
James.Bainbridge@dbr.com
Drinker, Biddle & Reath, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on 2nd day of December 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
Daniel P. Scapellati

1635098

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
&SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105